UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * *

NICOLA MESSERE,
               Plaintiff

        v.                                 CIVIL ACTION NO.:
                                                    03-40279-EFH

DAVID L. WINN, Warden of the Federal
Medical Center, Devens, and
JOHN ASHCROFT, as Attorney General
of the United States,
               Defendants.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

December 23, 2003

HARRINGTON, S.D.J.

      A complaint was filed by the Plaintiff Nicola Messere on December 15, 2003. The United States Attorney shall answer said complaint within thirty (30) days from the date of this Order on behalf of the Defendants David L. Winn, Warden of the Federal Medical Center, Devens, and John Ashcroft, as Attorney General of the United States.

      SO ORDERED.

                                                           /s/ Edward F. Harrington
                                                           EDWARD F. HARRINGTON
                                                           United States Senior District Judge