```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


NICOLA MESSERE,                    )
        Plaintiff,                 )
                                   )
        v.                         )       C.A. No. 03-40279-EFH
                                   )
DAVID L. WINN, WARDEN, et al.      )
        Defendants.                )
```

                          PROCEDURAL ORDER

On December 15, 2003, plaintiff submitted for filing his self-prepared complaint accompanied by a cover letter stating he has sought to have the $150.00 filing fee paid from his prison commissary account.  By Order dated December 23, 2003, the United States Attorney was ordered to answer the complaint within thirty (30) days from the date of the Order on behalf of the defendants David L. Winn, Warden of Federal Medical Center Devens, and John Ashcroft, as Attorney General of the United States.

A party filing a civil complaint in this Court must either (1) pay the $150.00 filing fee or (2) file an Application to Proceed Without Prepayment of Filing Fees and Affidavit.  See 28 U.S.C. 1914(a) ($5.00 filing fee); 28 U.S.C. 1915 (proceedings in forma pauperis).

Because plaintiff is incarcerated, he is advised that pursuant to 28 U.S.C. § 1915(b)(1), prisoners are required to

pay the full amount of the filing fee. Plaintiff's complaint is accompanied by a cover letter indicating that he does not wish to proceed in forma pauperis and has sought to have the $150.00 filing fee paid from his prison commissary account.

Plaintiff will be granted forty-two (42) days from the date of this Procedural Order to either pay the $150.00 filing fee or file an Application to Proceed Without Prepayment of Fees and Affidavit. Otherwise, this action will be dismissed without prejudice for failure to pay the filing fee.

## ORDER

Based upon the foregoing, it is hereby

ORDERED, plaintiff shall, within forty-two (42) days of the date of this order, either pay the $150.00 filing fee or file an Application to Proceed Without Prepayment of Fees; and it is further

ORDERED, the clerk shall issue summons and arrange for service of process by the United States Marshals Service; and it is further

ORDERED, the United States Marshals Service shall serve a the summons, complaint and a copy of this Memorandum and Order on defendants with all costs of service to be advanced by the United States.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>29th</u> day of <u>December</u>, 2003

                                        <u>/s Edward F. Harrington</u>
                                        Edward F. Harrington
                                        UNITED STATES DISTRICT JUDGE