UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLA MESSERE )<br>)<br>Plaintifff, )<br>v. )<br>)<br>DAVID L. WINN, et als. )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No. 03-40279-EFH |

## DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move to dismiss the instant Petition of Nicola Messere pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Petition challenges the date on which Messere would be released to community confinement. The Petition should be dismissed because it fails to state a claim. Among the reasons justifying dismissal are that the new policy announced by the Bureau of Prisons ("BOP") in December 2002 with respect to community confinement correctly applied the relevant law, in particular 18 U.S.C. §3624(c). The grounds for this motion are set forth more fully in the Memorandum of Law submitted herewith and the accompanying Declaration of Patrick Ward.

WHEREFORE, Respondent respectfully requests that this Court allow this motion and dismiss this action in its entirety.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: January 22, 2004

## CERTIFICATE UNDER L.R. 7.1

The defendants take the position that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding pro se and is incarcerated. To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

/s/ Jeremy M. Sternberg

## CERTIFICATE OF SERVICE

I certify that on January 22, 2004, I caused a copy of the foregoing Memorandum to be served on counsel for Petitioner by first class mail, postage pre-paid to Nicola Messere, 55094-066, Unit I (Camp), Federal Medical Center, Devens, P.O. Box 879, Ayer, MA 01432

/s/ Jeremy M. Sternberg
Assistant United States Attorney

2