UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLA MESSERE, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civ. Action No. 03-CV-40279 (EFH) |
| v. ) | |
| ) | |
| DAVID L. WINN, ) | |
| JOHN ASHCROFT, ) | |
| ) | |
| Defendants ) | |
| ) | |

## DECLARATION OF PATRICK W. WARD

I, Patrick Ward, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately March 24, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. I have access to the various databases and files concerning administrative remedy claims filed pursuant to the Administrative Remedy Program, which are maintained by the Bureau of Prisons in the ordinary course of business. In particular, I have access to SENTRY, which maintains a record of all of the administrative remedies filed by an inmate, the dates thereof, and the dispositions. These records reflect every administrative remedy claim filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

4. On January 9, 2004, I ran a SENTRY search to determine if inmate Nicola Messere, Reg. No. 55094-066, had filed any administrative remedy claims under the Administrative Remedy Program in regard to the allegations in his complaint. A review of his Administrative Remedy Record revealed that he has utilized the administrative remedy process for the issue presented in this complaint. He has filed an administrative remedy submission at each of the three (3)

required levels and has, therefore, exhausted his administrative remedies. A true and accurate copy of the Administrative Remedy Generalized Retrieval screen for Plaintiff Messere is attached as **Document 1e**.

5. Attached hereto please find true and correct copies of the following documents:

   a. Public Information Data Sheet;
   b. Sentence Monitoring Computation Data;
   c. Judgment and Commitment Order;
   d. Inmate Profile;
   e. Administrative Remedy History;
   f. Request for Administrative Remedy, Case No. 305127-F1, and Response;
   g. Regional Administrative Remedy Appeal, Case No. 305127-R1, and Response;
   h. Central Office Administrative Remedy Appeal, Case No. 305127-A1, and Response;
   i. August 2002 Initial Classification Program Review;
   j. January 2003 Program Review;
   k. June 2003 Progress Report;
   l. July 2003 Institutional Referral for CCC Placement;
   m. July 2003 CCC Acceptance Letter;
   n. July 2003 Program Review;
   o. October 2003 Program Review;
   p. December 2003 Program Review.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 9th day of January, 2004

*Patrick Ward* (signature)
Patrick W. Ward
Attorney Advisor
Consolidated Legal Center - Devens

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on

1/22/04
DATE         Assistant U.S. Attorney