UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICOLA MESSERE,

    Plaintiff,

v.

DAVID L. WINN, et al.,

    Defendants.

_____/

CIVIL ACTION NO. 03-40279-EFH

HON. EDWARD F. HARRINGTON, USDJ

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the above named Plaintiff, NICOLA MESSERE, and files this Motion for Summary Judgment pursuant to the Federal Rules of Civil Procedure 56(a) and in support of the Motion states that the pleadings and the Declaration of the Plaintiff submitted herewith clearly establish that there is no genuine issue of material fact and that the Plaintiff is entitled to a Judgment as a matter of law.

Further, the Plaintiff hereby files a Memorandum of Points and Authorities in support of the Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests that an Order be entered forthwith immediately releasing him to a half-way house as requested in the prayer for relief in the Complaint filed in the instant action.

DATED: JANUARY 22, 2004

RESPECTFULLY SUBMITTED,

NICOLA MESSERE
55094-066 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432