UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICOLA MESSERE,

    Plaintiff,

v.

DAVID L. WINN, et al.,

    Defendants.

_____/

CIVIL ACTION NO. 03-40279-EFH

HON. EDWARD F. HARRINGTON, USDJ

PLAINTIFF'S DECLARATION IN SUPPORT OF
HIS MOTION FOR SUMMARY JUDGMENT AND
HIS MOTION FOR IMMEDIATE RELIEF

I, NICOLA MESSERE, state that I am the Plaintiff in the above entitled civil action and submit the following Declaration in Support of the Motion for Summary Judgment and Motion for Immediate Relief and state as follows:

1. I have reviewed and reread the Complaint which I filed with the Clerk of the Court on December 23, 2003 in the above captioned civil action.

2. All of the facts alleged in that Complaint are true and correct to the best of my knowledge, information and belief.

3. Since I filed the Complaint, the date of January 2, 2004, which is six months before my statutory release date less accrued good time credits, has passed and I have not been considered for a transfer to a half-way house because of the change in the Bureau of Prison policy relative to such transfers as set forth in my Complaint.

-1-

4. My father is 84 years old and is in poor health. I am the only child and both my father and my wife along with my two children, a daughter age 7 and a son age 3, are in need of my help and support.

5. My family expected that I would be able to help and support them for the full six months of half-way house, but with the December 2003 change in Bureau of Prison Policy that has not taken place.

6. I am suffering irreparable harm by the delay of my transfer to a half-way house and I fear that unless I receive immediate relief pending a decision on the merits of my Complaint, my case will become moot on April 26, 2004, and I will not have returned to the vicinity of my family as early as I am entitled to, all to my detriment and to the members of my family.

7. That this Declaration is made in good faith and is reasonable under the facts and circumstances recited in the attached pleadings.

## VERIFICATION

I, NICOLA MESSERE, declare and state that I have read the above recited Declaration and that the statements contained therein are true and correct to the best of my knowledge, information and belief.

DATED: JANUARY 22, 2004

*signature*
NICOLA MESSERE
55094-066 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432

-2-