UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICOLA MESSERE,

    Plaintiff

v.

DAVID L. WINN, et al.,

    Defendants.

_____/

CIVIL ACTION NO. 03-40279-EFH

HON. EDWARD F. HARRINGTON, USDJ

## PLAINTIFF'S MOTION FOR IMMEDIATE RELIEF

NOW COMES the above named Plaintiff, NICOLA MESSERE, and asks this Honorable Court to grant him immediate relief pending decision on his Complaint and the Motion for Summary Judgment for the following reasons:

1. The Plaintiff avers that he has a high probability of success on the merits of his Complaint for the reasons and grounds set forth in the cases cited in Plaintiff's Memorandum of Points and Authorities, and the accompanying Declaration filed herewith.

2. The Plaintiff was entitled to be considered for a transfer to a half-way house as of January 2, 2004.

3. That as of the date of the filing of the above captioned Motion Plaintiff has been denied such a transfer to a half-way house.

4. Plaintiff remains at the Federal Medical Center at Camp Devens, and every day he is delayed in the transfer to a half-way house is causing him irreparable harm in not being able to be returned to the vicinity of his residence to assist his family as recited in his Declaration filed herewith.

-1-

WHEREFORE, the Plaintiff requests that this Honorable Court order the Defendant, DAVID L. WINN, as Warden of the Federal Medical Center, Camp Devens, to forthwith evaluate the Plaintiff for a transfer to a half-way house on the basis of the policy and standards in effect prior to December 13, 2002, and further if no factors relative to his eligibility have changed adversely since he was determined eligible for a transfer to a half-way house on April 26, 2004, that the Defendant, WINN forthwith transfer the Plaintiff to the Horizon House in Albany, New York.

DATED: JANUARY 22, 2004

RESPECTFULLY SUBMITTED,

NICOLA MESSERE
55094-066 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432