UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JAN 23 A 11:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

NICOLA MESSERE,

    Plaintiff

v.

DAVID L. WINN, et al.,

    Defendants

CIVIL ACTION NO. 03-40279-EFH

HON. EDWARD F. HARRINGTON, USDJ

## CERTIFICATE OF SERVICE

I, NICOLA MESSERE, Plaintiff in the above entitled matter hereby certifies that on the 22nd day of January, 2004, I placed a copy of Plaintiff's Motion for Summary Judgment, Plaintiff's Motion for Immediate Relief, Plaintiff's Declaration in Support of His Motion for Summary Judgment and His Motion for Immediate Relief and Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment and Motion for Immediate Relief in the mail box located at the Federal Medical Center, Camp Devens in Ayer, Massachusetts in an envelope sent first-class mail with postage pre-paid and addressed to: **MICHAEL SULLIVAN UNITED STATES ATTORNEY DISTRICT OF MASSACHUSETTS 1 COURTHOUSE WAY SUITE 9200 BOSTON, MA. 02210.**

DATED: JANUARY 22, 2004

RESPECTFULLY SUBMITTED,

NICOLA MESSERE ***
55094-066 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432

*** The Plaintiff acknowledges that he was assisted in the preparation of these Motions and pleadings by other inmates at Camp Devens during their leisure time in accordance with the provisions of 28 CFR §543.11(f).