UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICOLA MESSERE,

    Plaintiff

v.

DAVID L. WINN, et al.,

    Defendants

_____/

CIVIL ACTION NO. 03-40279-EFH

HON. EDWARD F. HARRINGTON, USDJ

### PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO DISMISS

NOW COMES the above named Plaintiff, NICOLA MESSERE, Pro Se and hereby files his Answer to Defendant's Motion to Dismiss and in support states as follows:

1. That the Plaintiff has filed a Motion for Summary Judgment pursuant to Fed. R.Civ.P. 56(a) and asks that the Defendant's Motion be construed as a counter Motion for Summary Judgment.

2. The Grounds upon which the Plaintiff asks that this Court deny the Motion for Dismissal is set forth more fully in the Memorandum of Law accompanying this Answer and incorporates all of the legal authority previously submitted in support of Plaintiff's Motion for Summary Judgment. Wherefore, Plaintiff respectfully requests that this Honorable Court deny Defendant's Motion to Dismiss and grant Plaintiff the relief he is seeking by way of immediate release to the appropriate half-way house.

DATED: JANUARY ___, 2004.

RESPECTFULLY SUBMITTED,

_____
NICOLA MESSERE
55094-066 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432