# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NICOLA MESSERE,
                    Plaintiff

         v.                                CIVIL ACTION NO.:
                                                03-40279-EFH

DAVID L. WINN and
JOHN ASHCROFT
                    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

February 10, 2004

HARRINGTON, S.D.J.

      The Court grants Defendants' Motion to Dismiss plaintiff's suit challenging the legality of a new policy of the Bureau of Prisons ("BOP") regarding eligibility for placement in Community Corrections Centers at the end of a prisoner's sentence. The bases for the Court's ruling are that the new BOP policy is a correct application of the law, and that the BOP's change in policy does not violate the Administrative Procedure Act, does not implicate the Ex Post Facto Clause and does not violate the Due Process Clause. The Court accepts and adopts the arguments and legal authorities set forth in Defendants' Memorandum in Support of their Motion to Dismiss.

      This case is ordered dismissed.

      SO ORDERED.

                                                        /s/ Edward F. Harrington
                                                        EDWARD F. HARRINGTON
                                                        United States Senior District Judge