February 23, 2004

Hon. Edward F. Harrington
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

RE:   Nicola Messere v. David L. Winn, et al.,
      Civil File # 03-40279

Dear Judge Harrington:

On the same date that I received your order dismissing my Complaint I also received a copy of the enclosed opinion in **Zucker v. Menifee No. 03-Civ. 10077(RJH)**. This decision is one of several that have most recently been decided in favor of the inmates on the issue of early release to a half-way house. Due to the time constraints any appeal of your decision even if successful would be moot since I will be released in April. I should be in a half-way house now according to the law and the majority of the cases which have been recently handed down.

I would like you to consider this letter as a Motion for Reconsideration and provide the opportunity for the Court to give me some relief so that I can help my family and my ailing father.

There is presently pending in the First circuit Court of Appeals the case of **Goldings v. Winn, Docket No. 03-2633** which is addressing the same issue presented in my case. I believe it would be the fair thing for the Court to reconsider its ruling and authorize transfer to the half-way house in my case so that I can be closer to my family and provide them with the assistance they need.

I thank the Court for any Reconsideration of the prior order dismissing my case.

Sincerely,

NICOLA MESSERE
55094-066 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.

cc:   Jeremy M. Sternberg, AUSA w/o copy of Opinion
      Clerk of the Court U.S. District Court w/o copy of Opinion